## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4773     Assigned/Issued By: J. N.

Judge Name: GETTLEMAN     Designated Magistrate Judge: COLE

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____     Receipt #: 3041689_____

Date Payment Rec'd: 8-21-08_____     Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          *(Victim, Against and $ Amount)*
[ ] Writ _____                      [ ] Other
    *(Type of Writ)*                     _____
                                         _____
                                         *(Type of issuance)*

<u>1</u> Original and <u>0</u> copies on <u>8-21-08</u> as to <u>DEFENDANTS</u>
                                  *(Date)*