UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND, ET AL.**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**WG CONCRETE INC.**<br><br>DEFENDANT(S) | Case No.<br>**08CV4773**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Sep 03, 2008**, at **1:05 PM**, I served the above described documents upon **WG CONCRETE INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **KATE REK / ADMINISTRATIVE ASSISTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **3357 N HARLEM AVE, CHICAGO, IL 60634**.

**DESCRIPTION:** Gender: **F**   Race: **WHITE**   Age: **35**   Hgt: **5'5"**   Wgt: **105**   Hair: **BLONDE**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 531
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 4th day of September, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:                           ORIGINAL PROOF OF SERVICE                    TRACKING #
Laborers Pension and Welfare Funds*                                                  40754
FILE #: